UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED
OCT 31 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                    RE:   Ernesto Garcia GONZALEZ
                            Docket Number: 1:09CR00155-001
                            PERMISSION TO TRAVEL
                            <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Guanajuato, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 24, 2011, Mr. Gonzalez was sentenced for the offense(s) of 18 USC 287 and 2, Making or Presenting a False, Fictitious, or Fraudulent Claim Upon or Against the United States, and Aiding and Abetting.

**Sentence imposed:** 9 mos. BOP, 3 yrs. TSR, $100 special assessment. Special conditions include: search, not dispose or dissipate assets, financial disclosure, no new credit without approval, if deported, not to re-enter the United States..

**Dates and Mode of Travel:** December 10, 2012 to January 10, 2013, via personal vehicle.

**Purpose:** Vacation

**RE:** Ernesto Garcia GONZALEZ
Docket Number: 1:09CR00155-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully Submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**

**DATED:** October 15, 2012
Bakersfield, California
FE:dk

**REVIEWED BY:** /s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✓                          Disapproved _____

__10-31-12__                        [signature]
Date                                 Honorable Anthony W. Ishii
                                     Chief United States District Judge