UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE: **Ernesto Garcia Gonzalez**
Senior United States District Judge  **Docket Number: 0972 1:09CR00155-001**
Fresno, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Ernesto Garcia Gonzalez is requesting permission to travel to Guanajuato, Mexico. Ernesto Garcia Gonzalez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 24, 2011, Ernesto Garcia Gonzalez was sentenced for the offenses of 18 U.S.C. §§ 287 and 2, Making or Presenting a False, Fictitious, or Fraudulent Claim Upon or Against the United States, and Aiding and Abetting (three counts).

**Sentence Imposed:** 9 months imprisonment on each count to be served concurrently, and 3 years of supervised release on each count to be served concurrently. Supervision commenced on November 28, 2011.

**Dates and Mode of Travel:** The offender plans to travel from November 29, 2013, to January 6, 2014, and will be traveling on Volaris Airlines. He will be traveling with his wife and children.

**Purpose:** Family vacation and visiting family.

1

**RE: Ernesto Garcia Gonzalez**
   **Docket Number:  0972 1:09CR00155-001**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Ross Micheli

**Ross Micheli**
**United States Probation Officer**

Dated:   October 17, 2013
         Fresno, California
         RM

|  | /s/ Hubert J. Alvarez |
| --- | --- |
| **REVIEWED BY:** | **Hubert J. Alvarez** |
|  | **Supervising United States Probation Officer** |

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved


| **October 23, 2013** | **/s/ ANTHONY W. ISHII** |
| --- | --- |
| **Date** | **Anthony W. Ishii** |
|  | **Senior United States District Judge** |

2

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX